UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hyacinth Stoddart,<br><br>                          Plaintiff,<br>  v.<br><br>Monarch Recovery Management, Inc.; and DOES 1-10, inclusive,<br><br>                         Defendants. | Civil Action No.: 2:10-cv-05272 (SJF)(AKT) |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 18, 2011

                                                    Respectfully submitted,

                                                    PLAINTIFF, Hyacinth Stoddart

                                                    /s/ Sergei Lemberg

                                                    Sergei Lemberg, Esq. (SL 6331)
                                                    **LEMBERG & ASSOCIATES L.L.C.**
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile: (877) 795-3666
                                                    slemberg@lemberglaw.com

# CERTIFICATE OF SERVICE

   I hereby certify that on February 18, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) , which sent electronic notification of such filing to the following ECF participants:

Christopher M. Halka
Fiedelman & McGaw
2 Jericho Plaza, Suite 300
Jericho, NY 11753-1681

               By /s/ Sergei Lemberg
                  Sergei Lemberg