UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

Hyacinth Stoddart,

                Plaintiff,

    -against-

Monarch Recovery Management, Inc., and DOES 1-10, inclusive,

                Defendants.
_____

Index No. : 2:10-cv-05272(SJF)(AKT)

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Monarch Recovery Management, Inc. with prejudice and without costs to any party.

Dated: June 1, 2011

| Hyacinth Stoddart | Monarch Recovery Management, Inc. |
|---|---|
| __/s/ Sergei Lemberg_____ | _/s/ Christopher Halka_____ |
| Sergei Lemberg, Esq. | Christopher M. Halka |
| Lemberg & Associates | Fiedelman & McGaw |
| 1100 Summer Street, 3rd Floor | Two Jericho Plaza Suite 300 |
| Stamford, CT 06905 | Jericho, NY 11753 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2011 a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the United States District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              /s/ Sergei Lemberg
                                                  Sergei Lemberg